IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51062
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WILLIAM FOURIE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-97-CR-160-1-SS
--------------------
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent William Fourie
("Fourie") has moved for leave to withdraw and has filed a brief
as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Fourie
has filed a response.  Our independent review of the brief, the
response, and the record discloses no nonfrivolous issues.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and the APPEAL
IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.